```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                         FORT MYERS DIVISION
```

MAYRA MONES,

                Plaintiff,

vs.                                    Case No. 2:04-cv-295-FtM-29SPC

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
_____

## OPINION AND ORDER

This matter is before the Court on consideration of the Magistrate Judge's Report and Recommendation (Doc. #11) recommending that the Decision of the Commissioner be affirmed. Plaintiff's Objections to the Report and Recommendation of the Magistrate Judge (Doc. #12) was filed on April 18, 2005.

The Court reviews the Commissioner's decision to determine if it is supported by substantial evidence and based upon proper legal standards. Crawford v. Commissioner of Social Security, 363 F.3d 1155, 1158 (11th Cir. 2004). Substantial evidence is more than a scintilla and is such relevant evidence as a reasonable person would accept as adequate to support a conclusion. Crawford, 363 F.3d at 1158. Even if the evidence preponderates against the Commissioner's findings, the Court must affirm if the decision reached is supported by substantial evidence. Crawford, 363 F.3d at 1158-59. The Court does not decide facts anew, reweigh the evidence, or substitute its judgment for that of the Commissioner.

Dyer v. Barnhart, 395 F.3d 1206, 1210 (11th Cir. 2005).  The magistrate judge, district judge and appellate judges all apply the same legal standards to the review of the Commissioner's decision. Dyer, 395 F.3d at 1210; Shinn ex rel. Shinn v. Commissioner of Social Security, 391 F.3d 1276, 1282 (11th Cir. 2004); Phillips v. Barnhart, 357 F.3d 1232, 1240 n.8 (11th Cir. 2004).

After conducting an independent examination of the file and upon due consideration of the Report and Recommendation and the specific objections raised by plaintiff, the Court accepts and adopts the Report and Recommendation of the magistrate judge.

Accordingly, it is now

**ORDERED**:

1.  The Report and Recommendation (Doc. #11) is accepted and adopted by the Court.

2.  The Decision of the Commissioner of Social Security is **affirmed**.

3.  The Clerk of the Court shall enter judgment affirming the Decision of the Commissioner of Social Security, terminate any pending motions, and close the file.

**DONE AND ORDERED** at Fort Myers, Florida, this __25th__ day of April, 2005.

_____
JOHN E. STEELE
United States District Judge

Copies:
Hon. Sheri Polster Chappell